

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ON MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellate case name:     City of Houston v. Southwestern Bell Telephone Company

Appellate case number:   01-16-00734-CV

Trial court case number:  1057740

Trial court:             County Civil Court at Law No. 2 of Harris County

       Appellant, City of Houston, has filed a motion for extension of time to file its reply brief. The reply brief was originally due on April 4, 2017. The City of Houston previously sought and obtained a 30-day extension of time to file its brief. Now the City of Houston asks for an additional 20 days to file its brief, extending the deadline to May 24, 2017.

       The case is set to be submitted on May 23, 2017. The City of Houston has not filed a motion to change the submission date. Any reply brief filed before the time needed by the judges to consider the case on the submission date will be reviewed. Any reply brief filed after such time may be reviewed. With those conditions in mind, the Court GRANTS the motion. Further requests for extension of time will not be granted absent extraordinary circumstances.

       It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                  Acting individually


Date: May 2, 2017